FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ISMAEL T., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:18-CV-03234-RHW <br><br> **ORDER GRANTING PARTIES' STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand. **ECF No. 17**. The Commissioner of Social Security denied Plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. § 401-434, and his application for Supplemental Security Income under Title XVI of the Act, 42 U.S.C. §1381-1383F. AR 1-6, 25, 35. Plaintiff brought this action seeking judicial review of the Commissioner's final decision. ECF No. 1. The parties now jointly move the Court to reverse and remand for further administrative proceedings. ECF No. 17 at 1. Based on the agreement of the parties and the record, the Court finds good cause to **GRANT** their motion.

**ORDER GRANTING PARTIES' STIPULATED MOTION FOR REMAND**
~ 1

The Commissioner's decision to deny Plaintiff's applications for Social Security benefits is **REVERSED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will:

- conduct a new hearing, further develop the record as necessary and issue a new decision;
- reevaluate and further develop the medical evidence of record;
- reevaluate steps two and three of the sequential evaluation process;
- reevaluate Plaintiff's symptom testimony and complaints;
- reevaluate Plaintiff's Residual Functional Capacity pursuant to SSR 96-8p; and
- reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

ECF No. 17 at 2.

The parties also note that Plaintiff may apply for costs and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and ask the Court to consider such an application upon proper request. *Id.*

///

///

///

**ORDER GRANTING PARTIES' STIPULATED MOTION FOR REMAND**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.

2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is now moot.

4. The Court will consider an application from Plaintiff for costs and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request.

5. The District Court Executive shall enter judgment for the Plaintiff and against Defendant.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 5th day of August, 2019.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING PARTIES' STIPULATED MOTION FOR REMAND**
~ 3